**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| **CHRISTIAN S. THOMAS,** : | |
|       **Petitioner,** : | **CIVIL ACTION NO. 10-4537** |
| : | |
| **v.** : | |
| : | |
| **COMMONWEALTH OF PENNSYLVANIA,** : | |
|  **et al.,** : | |
|       **Respondents.** : | |

_____ :

## O R D E R

**AND NOW**, this 21ˢᵗ day of December 2012, upon careful and independent consideration of the Petition for Writ of Habeas Corpus [Doc. No. 6] and Petitioner's Supplemental Brief, all responses thereto, the state court record, and upon review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice [Doc. No. 25], to which Plaintiff objected on one ground, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The Report and Recommendation [Doc. No. 25] is **APPROVED and ADOPTED;**

2. The Petition for Writ of Habeas Corpus is **GRANTED;**

3. This matter is **REMANDED** to the Court of Common Pleas of Lancaster County, where Petitioner's sentences, imposed on May 28, 2002 and June 6, 2003, shall be **VACATED** and, within 180 days of the date of this Order, Petitioner shall be resentenced consistent with this opinion and Graham v. Florida;[1]

4. There is no probable cause to issue a certificate of appealability; and

5. The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

**IT IS SO ORDERED.**

                               **BY THE COURT:**

                               **/s/ Cynthia M. Rufe**

                               _____

                               **CYNTHIA M. RUFE, J.**

---

[1] 130 S. Ct. 2011 (2010).